# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 24-cr-38-CJW |
| Plaintiff, | | |
| vs. | | **ORDER GRANTING MOTION TO REDACT TRANSCRIPT** |
| JOSHUA JOHNSON, | | |
| Defendant. | | |

_____

Before the Court is Defendant's Unresisted Motion for Redaction of Transcript, filed on March 21, 2025. (Doc. 130.) The Government does not resist this motion.

For reasons stated in the Motion, the motion is **granted**. The following redactions by deletion shall be made to the transcript of Jury Trial Proceedings (Volume I) filed on February 28, 2025 at Doc. 122, reference to the Defendant's daughter and/or child:

Page 9, lines 12 and 20

Page 128, line 23

Page 129, line 8

Index, page 5 (second column). In their place, the reporter may insert "D.K."

**IT IS SO ORDERED** this 25th day of March, 2025.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa